# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ping Ping Zhou, | No. CV07-0780-PHX-DGC (ECV) |
| Petitioner, | **ORDER** |
| v. | |
| Michael Chertoff, et al., | |
| Respondents. | |

Pending before the Court are Petitioner Ping Ping Zhou's petition for writ of habeas corpus and United States Magistrate Judge Edward C. Voss' Report and Recommendation ("R&R"). Dkt. ##1, 13. The R&R recommends that the Court deny the petition because the Petitioner was removed from the United States to the People's Republic of China on August 7, 2007. Dkt. #13 at 2. The Magistrate Judge advised the parties that they had ten days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *Id.* at 3 (citing 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(b) and 72; *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).

The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b) ("The district judge . . . shall make a de novo determination . . . of any portion of the magistrate judge's disposition to which specific

1  written objection has been made[.]"). The Court will accept the R&R and deny the Petition.
2  *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in
3  whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P.
4  72(b) (same).

**IT IS ORDERED:**

1. Magistrate Judge Edward C. Voss' R&R (Dkt. #13) is **accepted**.
2. Petitioner Ping Ping Zhou's petition for writ of habeas corpus (Dkt. #1) is **denied**.
3. The Clerk of Court shall **terminate** this action.

DATED this 31st day of March, 2008.

_____
David G. Campbell
United States District Judge